In the Matter of REUBEN HECHT, Appellant, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Respondent.

Submitted May 25, 1953; decided May 29, 1953.

*Robert Markewich, Arthur Garfield Hays* and *Osmond K. Fraenkel* for motion.

*Denis M. Hurley, Corporation Counsel (Seymour B. Quel* and *Henry J. Shields* of counsel), opposed.

Motion denied upon the ground that an appeal lies as of right.